## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VISHAL GOSWAMI,

        Defendant.

8:25CR70

WITNESS LIST

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1. Christina Worster, Special Agent, Homeland Security Investigations

2. Laura McCord, Special Agent, Homeland Security Investigations

3. Jeremy Smith, Computer Forensic Analyst, Homeland Security Investigations

4. Brett Schrage, Sergeant, Omaha Police Department

5. Dallin Proffitt, Detective, Omaha Police Department

6. Justin Barnes, Detective, Omaha Police Department

7. Minor Victim 1

8. Minor Victim 2

9. Ruteena Alcantara, Officer, Omaha Police Department

10. Ashley Warman, Officer, Omaha Police Department

11. Ami Dave

12. Stephanie Sanchez

13. Jordan Walther – Omaha Police Department Forensic Investigation Unit

14. Michelle Kulovitz – Omaha Police Department Forensic Investigation Unit

15. Sumit Chaudhari

16. Shakira Diaz

17.     Any and all witnesses designated by the other parties in this matter.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska


By:     s/ *Danielle Fliam*
        DANIELLE FLIAM, #25658
        Assistant U.S. Attorney
        487 Federal Building
        100 Centennial Mall North
        Lincoln, NE  68508
        Tel:  (402) 437-5241
        Fax:  (402) 437-5390
        E-mail:  danielle.fliam@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ *Danielle J. Fliam*
Assistant U.S. Attorney