IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VISHAL GOSWAMI,

Defendant.

8:25CR70

LIST OF EXHIBITS

Courtroom Deputy: Tiwauna Lawrence
Court Reporter: Brenda Fauber

Trial Date(s): April 13, 2026, through April 16, 2026

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| | | | | | | | | |
| 1 | | | Megapersonals ad responded to by law enforcement | | | | | |
| 2 | | | Text messages exchanged by Martinez-Gonzalez and Det. Proffitt setting up commercial sex act | | | | | |
| 3 | | | Picture of Minor Victim 1 and 2 from contact with law enforcement | | | | | |
| 4 | | | Video clips from initial contact with minors | | | | | |
| 5 | | | AmericInn layout | | | | | |
| 6 | | | Consent to Seize Hotel Surveillance system | | | | | |
| 7 | | | Photos from search of Room 157 | | | | | |
| 8 | | | Lingerie recovered during search of Room 157 | | | | | |

| 9 | | | Interpreter Stipulation and Interpreter Certification | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | | | Miranda Waiver for Defendant Goswami | | | | | |
| 11 | | | Stipulation of the parties regarding Minor Victims ages and copies of birth certificates | | | | | |
| 19 | | | Parties' stipulation regarding hotel surveillance system | | | | | |
| 20 | | | Selected clips from hotel surveillance | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney

By:    s/ *Danielle Fliam*
DANIELLE FLIAM, #25658
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
Tel:  (402) 437-5241
Fax:  (402) 437-5390
E-mail:  danielle.fliam@usdoj.gov