IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR70** |
| vs. | |
| VISHAL GOSWAMI, | **ORDER** |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel (Filing No. 223), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Vishal Goswami for the balance of these proceedings pursuant to the Criminal Justice Act. Joseph L. Howard shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Joseph L. Howard which are material to Vishal Goswami's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Stuart J. Dornan.

Dated this 29th day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge